UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR DIRECTOR, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01186-NONE-SKO (PC)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM FILING FEE PAYMENTS**<br><br>(Doc. 10) |

Plaintiff Kenyon Darrell Brown is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. On October 21, 2021, Plaintiff filed a motion requesting that the filing fee for this action be waived, and that the California Department of Corrections and Rehabilitation stop deducting filing-fee payments from his inmate trust account. (Doc. 10.)

Prisoners proceeding *in forma pauperis* are "required to pay the full amount of a filing fee" of any civil action they initiate. 28 U.S.C. § 1915(b)(1). The *in forma pauperis* statute provides that prisoners "*shall* be required to pay the full amount of a filing fee," and the "court *shall* assess and … collect … an initial partial filing fee of 20 percent" of the average monthly deposits or average monthly balance in the prisoner's trust account. 28 U.S.C. § 1915(b)(1) (emphasis added). Additionally, "the prisoner *shall* be required to make monthly payments of 20 percent of the preceding month's income." *Id.* § 1915(b)(2) (emphasis added).

///

Thus, according to the statute, the Court does not have discretion to waive the filing fee. The filing fee obligation and payment amounts are mandatory. *See, e.g.*, *Soares v. Paramo*, No. 3:13-cv-02971-BTM-RBB, 2018 WL 5962728, at *2 (S.D. Cal. 2018); *Cartwright v. Sparks*, No. 1:94-cv-06044-AWI, 2012 WL 394175, at *1 (E.D. Cal. 2012); *Adams v. Maricopa Cty. Sheriff's Office*, No. 2:10-cv-01558-PHX-RCB, 2010 WL 4269528, at *1-2 (D. Ariz. 2010). Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2021**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE