UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON D. BROWN,<br><br>          Plaintiff,<br><br>    v.<br><br>CDCR DIRECTOR, et al.,<br><br>          Defendants. | Case No. 1:21-cv-01186-NONE-SKO (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**<br><br>(Doc. 14) |

On August 5, 2021, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). (Doc. 2.) The Court granted the motion on August 10, 2021. (Doc. 6.)

On November 18, 2021, Plaintiff filed a second motion to proceed *in forma pauperis*. (Doc. 14.) Because the Court already granted Plaintiff's previous motion to proceed IFP, the present motion is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **November 19, 2021**          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE